# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-05094-SDG
### McElroy et al v. Courtney Ajinca Events LLC et al
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 01/07/2021.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:10 A.M.   COURT REPORTER: Alicia Bagley
TIME IN COURT: 1:10                DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jeffrey Barnes representing Courtney Ajinca Events LLC<br>Jeffrey Barnes representing Courtney Ajinca<br>Melissa Castro representing Bryan Flores<br>Melissa Castro representing Nicholas McElroy<br>Marcy Sperry representing Bryan Flores<br>Marcy Sperry representing Nicholas McElroy |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [30] Motion for Summary Judgment TAKEN UNDER ADVISEMENT<br>[38] Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Oral argument held on Plaintiffs' Motion for Summary Judgment [ECF 30] and Defendants' Motion for Summary Judgment [ECF 38]. After hearing from both parties, the Court has taken the motions under advisement. A written order will follow at a later date. |
| HEARING STATUS: | Hearing Concluded |